UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20-CR-1566-DMS |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CHARLES RONALD GREEN (1), MELINDA ELIZABETH GREEN (2), | ) ) ) | |
| Defendants. | ) ) | |

The United States of America and defendants CHARLES RONALD GREEN and MELINDA ELIZABETH GREEN jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 4 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that the joint motion is granted. As previously ordered at the September 25, 2020 motion(s) hearing, the next motion(s) hearing shall be continued to January 8, 2021.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until January 8, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

Dated: October 5, 2020

Hon. Dana M. Sabraw
United States District Judge