UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 20-CR-1566-DMS |
| Plaintiff, | ) ) | **ORDER TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| CHARLES RONALD GREEN(1), MELINDA ELIZABETH GREEN (2), | ) ) ) | |
| Defendants. | ) | |

The United States of America and defendants Charles Ronald Green and Melinda Elizabeth Green jointly move to continue the hearing set for April 23, 2021 to June 4, 2021, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

1

IT IS ORDERED that hearing shall be continued to June 4, 2021.  IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until June 4, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated:  April 20, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court