UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES RONALD GREEN(1),<br>MELINDA ELIZABETH GREEN (2),<br><br>    Defendants. | No. 20-CR-1566-DMS<br><br>ORDER TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America and defendants Charles Ronald Green and Melinda Elizabeth Green jointly move to continue the hearing set for June 4, 2021 to September 10, 2021, and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The hearing shall be continued to September 10, 2021, and the period of delay from the filing of the joint motion until September 10, 2021 shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

The defendants shall each file an acknowledgement of the new court date within one week of this order.

IT IS SO ORDERED.

DATED: 6-3-21

DANA M. SABRAW
United States District Judge

1