RANDY S. GROSSMAN
United States Attorney
VALERIE H. CHU
California Bar No. 241709
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6750
Email: Valerie.chu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 20-CR-1566-DMS-MSB |
|---|---|---|
| v. | ) ) ) | JOINT MOTION FOR AN ORDER RELEASING LIEN |
| CHARLES RONALD GREEN, JR. (1), MELINDA ELIZABETH GREEN (2), | ) ) ) | |
| Defendants. | ) ) | |

    The United States of America, by its counsel, and defendants Charles Ronald Green, Jr. and Melinda Elizabeth Green, through their counsel, jointly move this Court for an order releasing the lien on real property in Florida.

    On June 10, 2020, an indictment was returned charging Defendants with conspiracy and wire fraud. Dkt. No. 1. On July 23, 2020, the Court set bond at $3,000,000 as to both Defendants, secured by real property (with the same property eligible to be used for both) and setting other standard conditions of release. Dkt. Nos. 8, 9. Pursuant to the parties' joint motions, the Court modified the pretrial release conditions on August 4, 2020 and August 17, 2020, which included, as relevant here, modification of the bond to $500,000 for each defendant, secured by real property in Florida. Defendants each posted bond, secured by the real property in Florida. See e.g., Dkt. No. 29.

    On September 10, 2021, parties jointly moved to modify pretrial release conditions from real property bonds to a $250,000 signature bond for each Defendant, secured by a

financial responsible surety, and agreed that any lien on the Florida real property be released to facilitate further proceedings regarding that property. Dkt. No. 69. The Court granted the motion. Dkt. No. 70.

Defendants are now, in cooperation with the United States, working to sell the Florida property. To facilitate that transaction, the parties jointly move for an Order expressly releasing the lien previously entered against that real property, while the modified pretrial release conditions ordered at Dkt. No. 70 remain in place.

**SO MOVED.**

DATED: May 8, 2023          Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

s/Valerie H. Chu
VALERIE H. CHU
Assistant U.S. Attorney

s/David Wiechert  (w/ authorization)
DAVID WIECHERT
Counsel for Charles Ronald Green

s/Derelle Janey  (w/ authorization)
DERELLE JANEY
Counsel for Melinda Elizabeth Green