WIECHERT, MUNK & GOLDSTEIN, PC
DAVID W. WIECHERT (Cal. Bar No. 94607)
JESSICA C. MUNK (Cal. Bar No. 238832)
4000 MacArthur Blvd. Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822
Email: dwiechert@aol.com
Email: jessica@wmgattorneys.com

Attorneys for Defendant
Charles Ronald Green, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES RONALD GREEN, JR.,<br><br>    Defendant. | Case No. 20-CR-1566-DMS<br>Honorable Dana M. Sabraw<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

The defendant in the above referenced matter, CHARLES RONALD GREEN, JR., hereby acknowledges that his sentencing hearing is continued to January 26, 2024 at 9:00 a.m. and promises to appear on that date.

Dated: November 27, 2023

_____
Charles Ronald Green, Jr.

Respectfully submitted:

By:   *s/ Jessica C. Munk*
        Attorney for Charles Ronald Green, Jr.

1
ACKNOWLEDGMENT OF NEXT COURT DATE