# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR1566-DMS |
| v. | **ORDER TO CONTINUE SENTENCING** |
| CHARLES RONALD GREEN (1), and MELINDA ELIZABETH GREEN (2), | |
| Defendants. | |

    Based on the joint motion of the parties, and good cause appearing therefor, the sentencing hearing currently scheduled on January 26, 2024, is hereby continued to March 1, 2024, at 9:00 a.m.  Defendants shall file an acknowledgement of the next court date.

**IT IS SO ORDERED.**

DATED: January 16, 2024

HONORABLE DANA M. SABRAW
United States District Judge

1