TARA K. MCGRATH
United States Attorney
VALERIE H. CHU
California Bar No. 241709
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6750
Email: Valerie.chu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES RONALD GREEN, JR. (1),<br>MELINDA ELIZABETH GREEN (2),<br><br>Defendants. | No. 20-CR-1566-DMS<br><br>JOINT MOTION TO SET<br>RESTITUTION HEARING<br><br>Date: May 24, 2024 |

A Victim Impact Statement has been submitted in this matter. Rather than take up the question of restitution at sentencing on March 1, pursuant to 18 USC §3664(d)(5), which permits a restitution hearing within 90 days of sentencing, the parties jointly move this Court to set a restitution hearing on **May 24, 2024** at 10:00 a.m., and order briefing as follows:

- Objection to the request for restitution by ILWU-PMA Plan due April 12
- Any Reply by ILWU-PMA Plan due May 10

This schedule has been agreed upon by the parties and the representative of the ILWU-PMA Plan, and the date for the restitution hearing has been cleared with the Court.

**SO MOVED.**

DATED: February 27, 2024

Respectfully submitted,
TARA K. MCGRATH
United States Attorney

s/*Valerie H. Chu*
VALERIE H. CHU
Assistant U.S. Attorney

s/*David Wiechert* (w/ authorization)
DAVID W WIECHERT
Counsel for Charles Ronald Green

s/*Derelle Janey* (w/ authorization)
DERELLE JANEY
Counsel for Melinda Elizabeth Green